**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7836**

_____

LARRY DOSWELL,

                                     Plaintiff - Appellant,

        versus

DAVE SMITH,

                                       Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-94-316-R)

_____

Submitted: June 1, 1999             Decided: June 22, 1999

_____

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Doswell, Appellant Pro Se. Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Doswell appeals the district court's order denying his claim that the Virginia Department of Corrections did not accommodate his religious needs in violation of 42 U.S.C. A. § 1983 (West Supp 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Doswell's motion for appointment of counsel and affirm on the reasoning of the district court. See Doswell v. Smith, No. CA-94-316-R (W.D. Va. Nov. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2